

Noah Grimes, pro se.

William J. Schloth, U. S. Atty., D. L. Rampey, Jr., Asst. U. S. Atty., Macon, Ga., for appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

This pro se case is disposed of without oral argument pursuant to Fifth Circuit Rule 9(c), appellant having failed to file a brief within the time fixed by FRAP Rule 31. Kimbrough v. Beto, 412 F.2d 981 (5th Cir. 1969).

Affirmed. See Fifth Circuit Rule 21.[1]

Armand Derfner, Jackson, Miss., (Court-appointed), for defendant-appellant.

Robert E. Hauberg, U. S. Atty., E. Donald Strange, Asst. U. S. Atty., Jackson, Miss., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Arthur James LEWIS, Defendant-Appellant.**

**No. 28141**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Aug. 20, 1970.

**David L. FRASER et al., Plaintiffs-Appellants,**

v.

**HOUSTON BELT & TERMINAL RAILWAY COMPANY, Defendant-Appellee.**

**No. 29601**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Aug. 27, 1970.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 [5th Cir., August 12, 1970].

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

Harry L. Tindall, Horace F. Brown, Houston, Tex., for plaintiffs-appellants.

Tommy B. Duke, A. J. Harper, II, Houston, Tex., for defendant-appellee; Fulbright, Crooker, Freeman, Bates & Jaworski, Houston, Tex., of counsel.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**PAN AMERICAN PETROLEUM COR-PORATION et al., Plaintiffs-Appellees,**

v.

**Jack DIAMOND and Billy Joe Smith, Defendants-Appellees,**

v.

**Robert G. COX et al., Intervenors-Appellants.**

No. 29737

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 27, 1970.

Rehearing Denied Sept. 29, 1970:

C. Sidney McClain, Dallas, Tex., for Intervenors.

Mark Martin, Mike Joplin, Edwin A. Collier, Dallas, Tex., Carl H. King, Tulsa, Okl., for Pan American Petroleum Co.

A. B. Conant, Jr., Dallas, Tex., for Diamond, and others.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Vincent Saltore CARDELLA, Defendant-Appellant.**

No. 29193

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 20, 1970.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966 [1970].

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.